UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

ANTHONY BARBANO AND MARIANN BARBANO,

    Plaintiffs,

vs.                                            CASE NO.:

FIRST COMMUNITY INSURANCE COMPANY,

    Defendant.

_____/

## COMPLAINT FOR DAMAGES

COME NOW, the Plaintiffs, Anthony Barbano and Mariann Barbano ("Plaintiffs"), by and through undersigned counsel, who sue the Defendant, First Community Insurance Company ("Defendant"), alleging as follows:

### Preliminary Statement

1.    Plaintiffs' Complaint is for breach of an insurance policy arising out of a claim for damages sustained to Plaintiff's property as a result of flooding on or about September 28, 2022.

2.    Despite the fact that Plaintiffs timely paid all premiums charged by the Defendant for the subject insurance policy, the Defendant failed to fully indemnify the Plaintiffs for its covered losses.

3.    Plaintiffs now seek damages against the Defendant due to the Defendant's unreasonable and unfounded failure to pay for all losses covered by the insurance policy issued to the Plaintiffs.

**Jurisdiction and Venue**

4. Jurisdiction over this dispute is exclusive to this Court pursuant to 42 U.S.C. §4053. Jurisdiction is also appropriate in this action pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1367.

5. Venue is proper in this Court pursuant to 42 U.S.C. §4053 and 28 U.S.C. §1391, as the Judicial District in which the insured property is located.

**The Parties**

6. The Plaintiffs are individuals residing in Lee County, Florida.

7. At all material times, the Plaintiffs were the owners of a building and contents located at 4920 SW 9th Place, Cape Coral, FL 33914.

8. The Defendant was and is a duly organized private insurance company and/or an association of insurance companies, licensed and duly authorized to conduct business in the State of Florida, and otherwise availing itself of the rights, remedies and jurisdiction of the State of Florida.

9. The Defendant, a Florida for profit corporation, was and is authorized to issue standard flood insurance policies to property owners in the State of Florida under the National Florida Insurance Program (NFIP) administered by the Federal Emergency Management Agency (FEMA).

**Operative Facts**

10. Prior to September 28, 2022, the Defendant, for good and valuable consideration, issued a standard flood insurance policy to the Plaintiffs, bearing policy number 09-6820437854-00 (NFIP Policy Number 6820437854), insuring against risk of loss to Plaintiffs' building. A copy of the declarations page of the insurance policy is attached as Exhibit "A".

11. As of September 28, 2022, the Plaintiffs had timely paid all premiums due on the insurance policy and the policy was in full force and effect at all times material to this action.

12. On or about September 28, 2022, the Plaintiffs suffered losses and damages as a result of flooding, a peril covered under the subject insurance policy.

13. Plaintiffs provided timely and sufficient notice to the Defendant of the losses, damages and claims being asserted.

14. Defendant has acknowledged the claim and has had sufficient opportunity to investigate, appraise and adjust the loss.

15. Plaintiffs have otherwise complied with and satisfied all conditions precedent and obligations under the policy.

## Count 1 – Breach of the Insurance Policy

16. The Plaintiffs reaffirm and reallege the allegations contained in paragraphs 1 through 15 above, and further allege:

17. The damages and losses sustained by the Plaintiffs on or about September 28, 2022, were covered under the insurance policy issued by the Defendant and no exclusions or policy conditions exist to bar coverage.

18. Although the Plaintiffs have satisfied all obligations and conditions under the policy, the Defendant failed to fully indemnify the Plaintiffs for the full value of the losses sustained and in accordance with the policy of insurance.

19. Defendant's failure to fully indemnify the Plaintiffs for all covered losses sustained represents a material breach of the insurance policy.

20. As a direct result of Defendant's breach, the Plaintiffs have and continue to suffer damages.

WHEREFORE, the Plaintiffs, Anthony Barbano and Mariann Barbano, respectfully demand entry of a judgment in their favor and against the Defendant, First Community Insurance Company, for all proceeds due under the subject insurance policy as to be determined at trial, together with pre and post judgment interest and costs as allowable by law, and for such other and further relief as this Court deems just and proper.

Respectfully submitted this 10th day of October, 2023.

                **GMS LAW, PLLC**
                *Counsel for Plaintiffs*
                1930 Harrison Street, Suite 102
                Hollywood, FL 33020
                Telephone:   (954) 477-8385
                Fax:           (954) 866-0878
                Email: gms@gmslawyer.com

By: _____
      Gabriel M. de las Salas, Esq.
      Florida Bar No. 85691